UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GLOBAL HORIZONS, INC.,

    Plaintiff,

    v.

RICARDO BETANCOURT, JOSE GUADALUPE PEREZ-FERIAS, JESUS GONZALEZ, CELESTINO MENIOLA-ROMERO, ENRIQUE GRANADO, PERFECTO ESQUIVEL, JOSE DE JESUS MAGNA, and JOSE E. RAMIREZ, individually and on behalf of all other similarly situated,

    Defendants.

NO.  CV-07-3010-RHW

**ORDER DISMISSING ACTION AND CLOSING FILE**

On May 14, 2007, Plaintiff filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1).  Plaintiff asks that its Complaint be dismissed without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The above-captioned case is **DISMISSED**, without prejudice and without costs.

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 23rd day of August, 2007.

        *s/ Robert H. Whaley*

        ROBERT H. WHALEY
        Chief United States District Judge

Q:\CIVIL\2007\Global Horizons\dismiss.wpd

**ORDER DISMISSING ACTION AND CLOSING FILE ~ 1**